FILE COPY

No. 07-15-00297-CV

| | | |
|---|---|---|
| Dimock Operating Company, and Joe W. Dimock, d/b/a Dimock Petroleum<br>    Appellants | §<br><br>§ | From the 46th District Court<br>    of Hardeman County |
| v. | § | December 15, 2015 |
| | | Opinion by Justice Hancock |
| Sutherland Energy Co., LLC<br>    Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 15, 2015, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered that appellants pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o